UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60811-CR-COHN/SNOW

MERLE NORMAN COSMETICS, INC.,
a California Corporation,

       Plaintiff,

v.

JOYCE LABARBERA, et al.

       Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel James Rubinger's Motion to Appear *Pro Hac Vice* (DE 15). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED without prejudice to refile in accordance with the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida and Rule 2B of the CM/ECF Administrative Procedures for the Southern District of Florida.

DONE AND ORDERED at Fort Lauderdale, Florida, this 22nd day of June, 2007.

                                             /s/ Lurana S. Snow
                                             LURANA S. SNOW
                                             UNITED STATES MAGISTRATE JUDGE

Copies to:

Michael Mattson, Esq. (P)
James Rubbinger, Esq.
Joyce Labarbera, Pro Se (D)

Ms. Catherine Wade (MIA)
   Executive Service Administrator