UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60811-CR-COHN/SNOW

MERLE NORMAN COSMETICS, INC.,
a California Corporation,

       Plaintiff,

v.

JOYCE LABARBERA, et al.

       Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel James Rubinger's Motion to Appear *Pro Hac Vice* (DE 24). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. James Rubinger, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiff **Merle Norman Cosmetics** in this cause; Michael Mattson, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of July, 2007.

                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

Michael Mattson, Esq. (P and Local Counsel for Rubinger)
James Rubinger, Esq. (P)
Joyce Labarbera, Pro Se (D)

Ms. Catherine Wade (MIA)
   Executive Service Administrator